UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARVIN BENNETT,

    Plaintiff,

v.

MICHIGAN DEPARTMENT
OF CORRECTIONS,
RAYMOND BOOKER, and
DANIEL H. HEYNS,

    Defendants.

No. 2:13-cv-10072

HON. ARTHUR J. TARNOW

MAG. MONA K. MAJZOUB

---

Kenneth J. Hardin, II (P44681)
Teresa J. Gorman (P61001)
Hardin Thompson, P.C.
Attorneys for Plaintiff
30555 Southfield Rd., Suite 400
Southfield, MI 48076
(248) 593-1400

Clifton B. Schneider
Attorney for Defendants
Michigan Department of Attorney General
Corrections Division
P.O. Box 30217
Lansing, MI 48909
(517) 335-7021

---

## STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE

IT IS HEREBY stipulated and agreed by counsel for Plaintiff and Defendants that this action hereby be dismissed with prejudice and without costs or attorney fees.

2

IS IT SO STIPULATED.

| | |
|---|---|
| _/s/ Teresa Gorman (with permission)_ | 05-01-14 |
| Kenneth J. Hardin, II (P44681) | Date |

Teresa J. Gorman (P61001)
Hardin Thompson, P.C.
Attorneys for Plaintiff
30555 Southfield Rd., Suite 400
Southfield, MI 48076
(248) 593-1400


| | |
|---|---|
| _/s/Clifton Schneider_ | 05-01-14 |
| Clifton Schneider (P70582) | Date |

Michigan Dept of Atty General
Corrections Division
P.O. Box 30217
Lansing, MI 48909
517-335-7021
Schneiderc1@michigan.gov


**IT IS SO ORDERED.**


Dated: May 5, 2014          s/Arthur J. Tarnow
                            Honorable Arthur J. Tarnow
                            United States District Court Judge

2